**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-6618**

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

  versus

JAMES ROBERT FORD,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Frank W. Bullock, Jr., Chief District Judge. (CR-90-89, CA-98-444)

_____

Submitted: July 22, 1999    Decided: July 27, 1999

_____

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

James Robert Ford, Appellant Pro Se. Benjamin H. White, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   James Robert Ford seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999).  We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny in forma pauperis status, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court.  See United States v. Ford, Nos. CR-90-89; CA-98-444 (M.D.N.C. Mar. 17, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                    DISMISSED

2